# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KIMBERLY TRAN a/k/a DUNG KIM TRAN, | : | No. 21-730 |
|     Defendant. | : | |

## JUDGMENT AND ORDER

**AND NOW**, this **18th** day of **January 2022**, default having been entered against Defendant Kimberly Tran, also known as Dung Kim Tran, for her failure to appear or otherwise defend this action; and upon consideration of Plaintiff United States' motion for default judgment and for the reasons stated in the Court's Memorandum dated January 18, 2022; it is hereby **ORDERED** that:

1. Plaintiff's motion (ECF No. 6) is **GRANTED**.

2. **JUDGMENT** is entered in favor of Plaintiff and against Defendant in the total amount of $82,277.26 as of March 1, 2021, together with all interest and penalties that will continue to accrue as provided by the law after that date until paid, with respect to Defendant's unpaid federal income tax liabilities for the tax years of 2011 and 2012.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**